AJAX DISTRIBUTORS, INC, a Corporation of the State of Delaware,

> Complainant Below, Appellant,

United Bottling Works, Inc., Bronislav Lewandowski, Trading under the Name of Eleventh Ward Bottling Works, Whistle Bottling Co., Delaware Bottling Co., J. V. Tigani, Inc., Mundorff Beverage Co., Inc., Teodor Gula, Trading under the Name of Diamond State Bottling Works, C. E. Major, Trading under the Name of Major Distributing Co., and Emma Varell, Trading under the Name of Joseph Varell,

> Interveners Below, Appellants,

*v.*

WILLARD SPRINGER, JR., Constituting the "Delaware Liquor Commission,"

> Respondent Below, Appellee.

*Supreme Court, On Appeal, September 28, 1942.*

LAYTON, C. J., RICHARDS, RODNEY, SPEAKMAN, and TERRY, JJ., sitting.

*Josiah Marvel, Jr.,* for appellants.

*William S. Potter,* for appellee.

*Per Curiam.*

The order appealed from will be affirmed for the reasons expressed in the opinion of the Chancellor, reported *ante p.* 101, 22 *A.* 2d 838.